Edith M. PARSONS; Valerie Earley, Plaintiffs—Appellants,

v.

SOLANO COUNTY, a county corporation; Skip Thomson, member, Board of Supervisors; John Silva, member, Board of Supervisors; Michael Johnson, County Administrator and Clerk to the Board of Supervisors; Donald Rowe, Director, HSS; Don Walton, Defendants—Appellees.

Nos. 02–16220, 02–16227.

D.C. Nos. CV–00–01446–LKK, CV–00–02615–LKK.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 11, 2003.*

Decided July 24, 2003.

Before HILL,** T.G. NELSON, and HAWKINS, Circuit Judges.

MEMORANDUM***

In this consolidated appeal, we find no error in the grant by the district court of summary judgment in favor of the defendants, County of Solano, Donald R. Rowe, Skip Thomson, John Silva and Michael Johnson, and against the plaintiffs, Edith M. Parsons and Valerie Earley. The dis-

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable James C. Hill, Senior United States Circuit Judge for the Eleventh Circuit, sitting by designation.

trict court correctly determined that adequate, unbiased administrative procedures were made available to and refused by the plaintiffs. *See Correa v. Nampa School Dist. No. 131,* 645 F.2d 814, 817 (9th Cir. 1981).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the